# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-05-153 |
| § | |
| VANQUETTA DENISE MOORE § | |

## O R D E R

This court signed an order on January 16, 2007 to disburse the cash bond deposit. Defendant Moore filed a cash bond assignment/transfer, (Docket Entry No. 107), that states that the cash bond deposit belongs to her rather than the name listed on the order. Defendant requests that the cash bond be applied towards her restitution obligations . The request is GRANTED. The Clerk's Office will apply the $1000.00 cash bond deposit to the defendant's outstanding restitution.

SIGNED on May 31, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge